IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RAYMOND BOYLE,<br><br>　　　　　Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | **JUDGMENT**<br><br>Case No. 2:23-cv-00078-CMR<br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is REVERSED and REMANDED.

DATED this 8 August 2023.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah